**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 43 MAL 2023

         Respondent               :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

         v.                      :

                                :

DAVID LESLIE BARKSDALE,         :

         Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.